Brian S. Kabateck (SBN 152054)
bsk@kbklawyers.com
Shant Karnikian (SBN 285048)
sk@kbklawyers.com
Jerusalem F. Beligan (SBN 211258)
jfb@kbklawyers.com
Sheri R. Lalehzarian (SBN 346917)
sl@kbklawyers.com
**KABATECK LLP**
633 W. Fifth Street, Suite 3200
Los Angeles, CA 90071
Telephone: (213) 217-5000

James L. Simon (*pro hac vice*)
james@simonsayspay.com
**SIMON LAW CO.**
11 ½ N. Franklin Street
Chagrin Falls, Ohio 44022
Telephone: (216) 816-8696

Michael L. Fradin (*pro hac vice*)
mike@fradinlaw.com
8401 Crawford Ave., Ste. 104
Skokie, IL 60076
Telephone: (847) 986-5889

*Attorneys for Plaintiffs and the Putative Classes*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Helaine Heid, Ingrid Leeman, and Miriam Saraiva individually, and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CyraCom International, Inc., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:22-cv-01445-MMA-KSC<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF FLSA AND CLASS ACTION SETTLEMENT, ATTORNEYS' FEES AND COSTS, NAMED PLAINTIFFS SERVICE AWARDS, AND ADMINISTRATION COSTS**<br><br>Judge:      Hon. Michael M. Anello<br>Date:       August 21, 2024<br>Time:      2:30pm<br>Courtroom: 3C (3rd Flr.) / 3195 |

**TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 21, 2024 in Courtroom 3C of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, CA 92101, Plaintiffs Helaine Heid, Ingrid Leeman, and Miriam Saraiva ("Plaintiffs"), individually, and on behalf of all others similarly situated will, and hereby do, respectfully move this Court for an order granting final approval of the FLSA and Class Action Settlement and Entering Judgment, and approving an award of Attorneys' Fees and Costs, Named Plaintiffs Service Awards, and Administration Costs (the "Motion for Final Approval and Fees"). Subject to this Court's approval, the Final Approval Order will do the following:

1. Certify this action as an FLSA collective action under 29 U.S.C. § 216(b) and as a class action under Fed. R. Civ. Pro. 23(a) and (b)(3) for purposes of settlement only;

2. Find dissemination of the Notices of Settlement[1] was accomplished as directed and met the requirements of due process;

3. Approve the Settlement, adjudging the terms thereof to be fair, reasonable, and adequate;

4. Direct that the Gross Settlement Amount be distributed in accordance with the terms of the Settlement Agreement;

5. Exclude from the California Settlement Class those persons who properly and timely request exclusion;

---

[1] Unless otherwise stated, all capitalized terms used herein are defined and carry the same definition as the terms used in the Class and Collective Action Settlement Agreement and Release (the "Settlement Agreement," a true and correct copy of which is attached as **Exhibit 1** to the Declaration of Shant A. Karnikian ("Karnikian Decl.").

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF FLSA AND CLASS ACTION SETTLEMENT AND ATTORNEYS' FEES AND COSTS

6. Approve the PAGA Gross Settlement Amount of $250,000;

7. Approve a Fee Award to Class Counsel in the amount of $900,000 and Cost Award in the amount not to exceed $36,000.

8. Approve a Service Award to Helaine Heid, Ingrid Leeman, and Miriam Saraiva in the amount of $7,500 each for a total of $22,500.

9. Approve the payment of Administration Costs to APEX Class Action Administration in the amount of $50,000.

10. Dismiss the action with prejudice with respect to the claims of Named Plaintiffs, the California Settlement Class, the FLSA Settlement Collective, and the PAGA Representative Group;

11. Declare that Named Plaintiffs are bound by the Named Plaintiff Release, all California Settlement Class Members are bound by the California Release, all FLSA Settlement Collective Members are bound by the FLSA Release, and all PAGA Representative Group Members are bound by the PAGA Release;

12. Permanently bar these Settlement Group Members from prosecuting the Released Claims; and

13. Retaining continuing jurisdiction over this Action for purposes only of overseeing all settlement administration matters.

The Motion for Final Approval and Fees is based on this notice; the accompanying Memorandum of Points and Authorities; the Order Granting Preliminary Approval of the FLSA and Class Action Settlement (Dkt. 33); accompanying declarations of Class Counsel and Madely Nava on behalf of APEX Class Action, LLC (the appointed Settlement Administrator); the Final Approval Order; and other records and documents filed in this action, and such other matters as may be properly presented at or before the Final Approval Hearing.

[signatures on the following page]

-2-

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF FLSA AND CLASS ACTION SETTLEMENT AND ATTORNEYS' FEES AND COSTS

DATED: July 31, 2024

Respectfully submitted,

**KABATECK LLP**

By: /s/ *Brian S. Kabateck*
Brian S. Kabateck
Shant Karnikian
Jerusalem F. Beligan
Sheri R. Lalehzarian

**SIMON LAW CO.**

By: /s/ *James L. Simon*
James L. Simon

**FRADIN LAW**

By: /s/ *Michael L. Fradin*
Michael L. Fradin

*Attorneys for Plaintiffs and the Putative Classes*

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF FLSA AND CLASS ACTION SETTLEMENT AND ATTORNEYS' FEES AND COSTS