Brian S. Kabateck (SBN 152054)
bsk@kbklawyers.com
Shant Karnikian (SBN 285048)
sk@kbklawyers.com
Jerusalem F. Beligan (SBN 211258)
jfb@kbklawyers.com
Sheri R. Lalehzarian (SBN 346917)
sl@kbklawyers.com
**KABATECK LLP**
633 W. Fifth Street, Suite 3200
Los Angeles, CA 90071
Telephone: (213) 217-5000

James L. Simon (*pro hac vice*)
james@simonsayspay.com
**SIMON LAW CO.**
11 ½ N. Franklin Street
Chagrin Falls, OH 44022
Telephone: (216) 816-8696

Michael L. Fradin (*pro hac vice*)
mike@fradinlaw.com
**FRADIN LAW**
8401 Crawford Ave., Ste. 104
Skokie, IL 60076
Telephone: (847) 986-5889

*Attorneys for Plaintiffs and Putative Classes*

Kevin E. Gaut (SBN 117352)
keg@msk.com
Jeremy Mittman (SBN 248854)
j2m@msk.com
Gabriel Hemphill (SBN 338222)
gch@msk.com
**MITCHELL, SILBERBERG & KNAPP**
2049 Century Park E., Fl 18
Los Angeles, CA 90067
Telephone: (310) 312-2000

Scott W. Rodgers (*pro hac vice*)
srodgers@omlaw.com
Kristin L. Windtberg (*pro hac vice*)
kwindtberg@omlaw.com
**OSBORN MALEDON**
2929 North Central Avenue, 21st Floor
Phoenix, AZ 85012
Telephone: (602) 640-9344

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELAINE HEID; INGRID LEEMAN; and MIRIAM SARAIVA, individually, and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CYRACOM INTERNATIONAL, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:22-cv-01445-MMA-AGS<br><br>Honorable Michael M. Anello<br><br>**JOINT REQUEST FOR REMOTE APPEARANCES AT FINAL APPROVAL HEARING**<br><br>Final Approval Hearing: August 28, 2024<br>Time: 11:00 a.m.<br>Courtroom: 3C (3rd Floor) |

Plaintiffs Helaine Heid ("Plaintiff Heid"), Ingrid Leeman ("Plaintiff Leeman"), and Miriam Saraiva ("Plaintiff Saraiva") (collectively "Plaintiffs") and Defendant CyraCom International, Inc. ("Defendant") (Plaintiffs and Defendant hereinafter referred to as "the Parties") jointly request that the Court allow for remote appearance for some counsel at the hearing on the Motion for Final Approval of the Parties' Settlement Agreement scheduled for August 28, 2024 at 11:00 a.m.

Plaintiffs' counsel **James Simon** and **Sheri Lalehzarian** plan to travel to San Diego to appear in person. The remainder of Plaintiffs' counsel (**Shant Karnikian**, **Jerusalem Beligan**, and **Michael Fradin**) as well as Defendants' counsel (**Kevin Gaut** and **Scott Rodgers**) are unable to appear in person. Mr. Rodgers is located in Phoenix, Arizona. Accommodating this request to appear remotely would be greatly appreciated by counsel for the Parties. Additionally, allowing for remote appearance of the above-referenced counsel will save costs and resources. Accordingly, the Parties respectfully request the Court to allow for remote appearances for the hearing on the Motion for Final Approval.

Dated: August 22, 2024          **KABATECK LLP**

By: */s/ Sheri R. Lalehzarian*
    Brian S. Kabateck
    Shant Karnikian
    Jerusalem F. Beligan
    Sheri R. Lalehzarian

**SIMON LAW CO.**

By: */s/ James L. Simon*
    James L. Simon

|   |   |   |
|---|---|---|
| 1 |  | **FRADIN LAW** |
| 2 |  |  |
| 3 |  | By: */s/ Michael L. Fradin* |
| 4 |  | Michael L. Fradin |
| 5 |  | Attorneys for Plaintiffs and Putative Classes |
| 6 |  |  |
| 7 | Dated: August 22, 2024 | **MITCHELL, SILBERBERG & KNAPP** |

FRADIN LAW

By: */s/ Michael L. Fradin*
   Michael L. Fradin

Attorneys for Plaintiffs and Putative Classes

Dated: August 22, 2024

**MITCHELL, SILBERBERG & KNAPP**

By: */s/ Kevin E. Gaut*
   Kevin E. Gaut
   Jeremy Mittman
   Gabriel Hemphill

**OSBORN MALEDON**

By: */s/ Scott W. Rodgers*
   Scott W. Rodgers
   Kristin L. Windtberg

Attorneys for Defendant

## E-FILING ATTESTATION

I, Sheri R. Lalehzarian, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

>*/s/ Sheri R. Lalehzarian*
>Sheri R. Lalehzarian