1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

HELAINE HEID, INGRID LEEMAN, and MIRIAM SARAIVA, *individually and on behalf of themselves and all others similarly situated*,

Plaintiffs,

v.

CYRACOM INT'L, INC., et al.

Defendants.

Case No. 22-cv-1445-MMA (KSC)

**NOTICE AND ORDER PROVIDING TENTATIVE RULINGS RE MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

[Doc. No. 36]

On August 28, 2024, the parties in this action will appear before the Court for a hearing on Plaintiffs' motion for final approval of collective and class action settlement, attorneys' fees and costs, Named Plaintiffs' service awards, and administrative costs. *See* Doc. No. 36. Having considered Plaintiffs' submissions, Defendant's lack of opposition, and in anticipation of the hearing, the Court issues the following tentative rulings on the pending motion:

1.    The Court tentatively **GRANTS** Plaintiffs' motion. The Court tentatively finds, for settlement purposes only, that the California Class and FLSA Collective meet the requirements of Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure.

Further, the Court tentatively finds that the proposed Settlement appears to be the product of serious, informed, arms-length negotiations, and that the Settlement was entered into in good faith.

2. The Court tentatively finds the Class Representative Service Award of $22,500.00 is reasonable. In light of the Gross Settlement Amount, length of the litigation, time expended, and on this record, the Court tentatively finds that $7,500.00 per Named Plaintiff is a reasonable award.

3. The Court tentatively finds that the $250,000.00 Private Attorneys General Act penalty is genuine and meaningful, and consistent with the underlying purpose of the statute.

4. The Court tentatively finds that the requested $50,000.00 in administration costs is reasonable.

5. The Court tentatively finds that counsel's litigation costs of $31,110.36 appear to be reasonable.

6. The Court tentatively finds that a fee award of $900,000.00 to Plaintiffs' counsel is reasonable.

As these rulings are tentative, the Court looks forward to the oral arguments of counsel.

**IT IS SO ORDERED**.

Dated: August 26, 2024

HON. MICHAEL M. ANELLO
United States District Judge