

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Helaine Heid; Ingrid Leeman; Miriam Saraiva; individually and on behalf of themselves and all other similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>CyraCom International, Inc., a Delaware corporation; Does 1 through 10, inclusive<br><br>**Defendant.** | Civil Action No. 22cv01445-MMA-KSC<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Based on the foregoing, the Court GRANTS Plaintiffs' motion for final approval of the FLSA collective and class settlement, Doc. No. 36. The Court CERTIFIES this action as a FLSA collective action under 29 U.S.C. § 216(b) and as a class action under Federal Rule of Civil Procedure 23(a) and (b)(3) for the purposes of settlement only. The Court APPROVES the Settlement Agreement, attached as Exhibit 1 to the Declaration of Shant A. Karnikian (Doc. No. 36-2 at 11–58) as fair, reasonable, and adequate pursuant to Federal Rule of Civil Procedure 23(e). For purposes of this Order, the Court adopts all defined terms as set forth in the Settlement Agreement. The Court ORDERS the parties to undertake the obligations set forth in the Settlement Agreement and DIRECTS that the Gross Settlement Amount be distributed in accordance with the terms of the Settlement Agreement. The Court finds that distribution of the Notices of Settlement directed to Class/Collective Members as set forth in the Settlement Agreement and the other matters set forth therein have been completed in substantial conformity with the Preliminary Approval Order, including individual notice to all Class/Collective Members who could be identified through reasonable effort.

| | |
|---|---|
| **Date:**   8/30/24 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By: s/ A. Santiago<br><br>A. Santiago, Deputy |

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 22cv01445-MMA-KSC

The Court finds and determines that the notice procedure afforded adequate protections to Class/Collective Members. The Notices of Settlement provided due and adequate notice of the proceedings and of the matters set forth therein, including the proposed Settlement set forth in the Settlement Agreement, to all persons entitled to such notice, and the Notices of Settlement fully satisfied the requirements of due process. The Court excludes from the California Settlement Class those persons who properly and timely request exclusion. The Court APPROVES the PAGA Gross Settlement Amount of $250,000.00. The Court AWARDS attorneys' fees to Class Counsel in the amount of $900,000.00 and costs in the amount of $31,110.36. The Court AWARDS administration costs to the Settlement Administrator Apex Class Action, LLC in the amount of $50,000.00. The Court further AWARDS to Named Plaintiffs an incentive payment for work performed as the class representatives in the amount of $7,500.00 each, for a total of $22,500.00. The Court DISMISSES this action with prejudice with respect to the claims of Named Plaintiffs, the California Settlement Class, the FLSA Settlement Collective, and the PAGA Representative Group. The Court also declares that Named Plaintiffs are bound by the Named Plaintiff Release, all California Settlement Class Members are bound by the California Release, all FLSA Settlement Collective Members are bound by the FLSA Release, and all PAGA Representative Group Members are bound by the PAGA Release. These Settlement Group Members are permanently barred from prosecuting the Released Claims. Without affecting the finality of this Order, the Court maintains jurisdiction over this matter for purpose of enforcing the Judgment.